| | |
|---|---|
| 1 | CROWELL & MORING LLP |
| 2 | Emily T. Kuwahara (SBN 252411) |
|   | ekuwahara@crowell.com |
| 3 | 515 South Flower St., 40th Floor |
|   | Los Angeles, CA  90071 |
| 4 | Telephone: 213.622.4750 |
|   | Facsimile: 213.622.2690 |

*Attorneys for Defendant
Dahua Technology USA Inc*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITETEK LICENSING LLC, | Case No. 8:20-CV-02259-KES |
| Plaintiff, | |
| v. | **DEFENDANT DAHUA TECHNOLOGY USA INC.'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL CIVIL RULE 7.1-1 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
| DAHUA TECHNOLOGY USA INC., | |
| Defendant. | |

|   |   |
|---|---|
| 1 | The undersigned, counsel of record for Dahua Technology USA Inc. certifies |
| 2 | that the following listed parties may have a pecuniary interest in the outcome of this |
| 3 | case. These representations are made to enable the Court to evaluate possible |
| 4 | disqualification or recusal. |
| 5 | 1. Nitetek Licensing LLC (Plaintiff) |
| 6 | 2. Dahua Technology USA Inc. (Defendant) |
| 7 |   |
| 8 | Dahua Technology USA Inc. is a wholly owned subsidiary of Dahua |
| 9 | Technology (HK) Ltd. |

Respectfully submitted,

Dated: January 11, 2021                    CROWELL & MORING LLP

*/s/ Emily T. Kuwahara*
Emily T. Kuwahara

*Attorneys for Defendant*
Dahua Technology USA Inc.