1  CROWELL & MORING LLP
   Emily Kuwahara (Bar No. 252411)
2  ekuwahara@crowell.com
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071-2201
   Telephone: (213) 622 4750
4  Facsimile: (213) 622 2690

5  *Attorneys for Defendant*
   Dahua Technology USA Inc.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | NITETEK LICENSING LLC, | Case No. 8:20-CV-02259-KES |
|---|---|---|
| 12 | Plaintiff, | Judge: Hon. John A. Kronstadt |
| 13 | v. | JOINT STATUS REPORT |
| 14 | DAHUA TECHNOLOGY USA INC., | Complaint served: Dec. 21, 2020<br>Current Response Due: July 6, 2021 |
| 15 | | |
| 16 | Defendant. | |

Pursuant to the Court's Order re Joint Stipulation and Motion to Stay All Deadlines 60 Days Pending Settlement (ECF Dkt. No. 20), filed May 10, 2021, Dahua Technology USA Inc. ("Dahua" or Defendant) and Nitetek Licensing LLC ("Nitetek" or Plaintiff) (Plaintiff and Defendant, collectively, the "Parties") hereby state that the Parties have finalized and executed a settlement agreement ("Agreement") on June 15, 2021. The Agreement requires certain events to occur within thirty (30) business days after the execution of the Agreement, and the Parties will file a corresponding stipulation and proposed order dismissing this action with prejudice within five (5) business days after completion of those events.

Respectfully submitted,

Dated: July 6, 2021

INSIGHT, PLC

/s/ Steven Ritcheson
Steven Ritcheson

*Attorneys for Plaintiff*
Nitetek Licensing LLC

Dated: July 6, 2021

CROWELL & MORING LLP

/s/ Emily T. Kuwahara
Emily T. Kuwahara

*Attorneys for Defendant*
Dahua Technology USA Inc.

I, Emily T. Kuwahara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Emily T. Kuwahara
Emily T. Kuwahara