Steven W. Ritcheson, Esq. (SBN 174062)
Insight, PLC
578 Washington Blvd. #503
Marina del Rey, California 90292
(424) 289-9191
swritcheson@insightplc.com

*Counsel for Plaintiff*
*Nitetek Licensing LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITETEK LICENSING LLC, | Case No. 8:20-CV-02259-KES |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| DAHUA TECHNOLOGY USA INC., | |
| Defendant. | |

Nitetek Licensing LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by Nitetek without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. Accordingly, Nitetek Licensing LLC voluntarily dismisses this action against Dahua Technology USA, Inc., pursuant to Rule 41(a)(1) with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: August 25, 2021

Respectfully submitted,

INSIGHT, PLC

*/s/ Steven W. Ritcheson*
Steven Ritcheson

*Attorneys for Plaintiff*
Nitetek Licensing LLC